**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael Goulbourne            CHAPTER 13
       Sadie-Ann Goulbourne p/k/a
Sadie A. Bernard            BKY. NO. 20-14862 PMM
          Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

           Respectfully submitted,

           /s/ *Denise Carlon*
           Denise Carlon
           19 Sep 2022, 17:56:57, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322