| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-14862-PMM

| | |
|---|---|
| Sadie-Ann Goulbourne | Petition Filed Date: 12/29/2020 |
| Michael Goulbourne | 341 Hearing Date: 02/02/2021 |
| 210 Independence Court | Confirmation Date: 09/02/2021 |
| Blandon  PA   19510 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,200.00 | | 09/09/2022 | $1,400.00 | | 10/07/2022 | $1,600.00 | |
| 12/02/2022 | $2,000.00 | | 01/09/2023 | $1,500.00 | | 02/03/2023 | $1,000.00 | |
| 03/03/2023 | $1,200.00 | | 04/26/2023 | $1,000.00 | | 05/08/2023 | $1,000.00 | |
| 06/09/2023 | $1,000.00 | | 06/30/2023 | $1,200.00 | | | | |

**Total Receipts for the Period: $14,100.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $36,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE <br> »» 01P | Priority Creditors | $100.54 | $100.54 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE <br> »» 01U | Unsecured Creditors | $4.60 | $0.00 | $4.60 |
| 3 | ONE MAIN FINANCIAL <br> »» 002 | Unsecured Creditors | $1,865.83 | $0.00 | $1,865.83 |
| 4 | CAPITAL ONE BANK (USA) NA <br> »» 003 | Unsecured Creditors | $3,279.14 | $0.00 | $3,279.14 |
| 5 | CAPITAL ONE BANK (USA) NA <br> »» 004 | Unsecured Creditors | $3,850.12 | $0.00 | $3,850.12 |
| 6 | LVNV FUNDING LLC <br> »» 005 | Unsecured Creditors | $2,006.15 | $0.00 | $2,006.15 |
| 7 | ONE MAIN FINANCIAL <br> »» 006 | Unsecured Creditors | $2,614.38 | $0.00 | $2,614.38 |
| 8 | POLICE & FIRE FCU <br> »» 007 | Unsecured Creditors | $942.29 | $0.00 | $942.29 |
| 9 | CAPITAL ONE AUTO FINANCE <br> »» 008 | Secured Creditors | $5,789.61 | $3,050.86 | $2,738.75 |
| 10 | US DEPARTMENT OF EDUCATION <br> »» 009 | Unsecured Creditors | $76,407.91 | $0.00 | $76,407.91 |
| 11 | TD AUTO FINANCE LLC <br> »» 010 | Secured Creditors | $30,457.30 | $16,049.54 | $14,407.76 |
| 12 | AMERICAN EXPRESS NATIONAL BANK <br> »» 011 | Unsecured Creditors | $1,478.17 | $0.00 | $1,478.17 |
| 13 | CITADEL FEDERAL CREDIT UNION <br> »» 012 | Unsecured Creditors | $14,546.18 | $0.00 | $14,546.18 |
| 14 | CITADEL FEDERAL CREDIT UNION <br> »» 013 | Unsecured Creditors | $5,102.70 | $0.00 | $5,102.70 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» 014 | Unsecured Creditors | $517.34 | $0.00 | $517.34 |

**Chapter 13 Case No. 20-14862-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | FRONTIER COMMUNICATIONS<br>»» 015 | Unsecured Creditors | $129.52 | $0.00 | $129.52 |
| 17 | AMERICAN INFOSOURCE LP<br>»» 016 | Unsecured Creditors | $560.78 | $0.00 | $560.78 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,589.99 | $0.00 | $2,589.99 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,040.00 | $0.00 | $1,040.00 |
| 20 | NATIONSTAR MORTGAGE LLC<br>»» 019 | Mortgage Arrears | $5,697.03 | $3,002.07 | $2,694.96 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,805.00 | $4,805.00 | $0.00 |
| 21 | **BERKS EARNED INCOME TAX BUREAU**<br>»» 020 | Priority Crediors | $1,500.00 | $0.00 | $1,500.00 |
| 22 | UNITED STATES TREASURY (IRS)<br>»» 021 | Priority Crediors | $4,890.00 | $4,890.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,400.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $31,898.01 | Arrearages: | $800.00 |
| Paid to Trustee: | $3,001.99 | Total Plan Base: | $73,450.00 |
| Funds on Hand: | $1,500.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.