| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-14862-PMM**

Sadie-Ann Goulbourne  
Michael Goulbourne  
210 Independence Court  
Blandon  PA    19510  

Petition Filed Date: 12/29/2020  
341 Hearing Date: 02/02/2021  
Confirmation Date: 09/02/2021  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/26/2024 | $1,250.00 | | 10/04/2024 | $2,200.00 | | 10/21/2024 | $1,300.00 | |
| 11/19/2024 | $1,200.00 | | 12/13/2024 | $1,500.00 | | 01/27/2025 | $1,200.00 | |
| 03/06/2025 | $1,200.00 | | 04/07/2025 | $1,200.00 | | 05/07/2025 | $1,300.00 | |
| 06/02/2025 | $550.00 | | 06/23/2025 | $550.00 | | | | |

**Total Receipts for the Period: $13,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $64,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $100.54 | $100.54 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $4.60 | $0.00 | $4.60 |
| 3 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $1,865.83 | $126.29 | $1,739.54 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $3,279.14 | $221.99 | $3,057.15 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $3,850.12 | $260.66 | $3,589.46 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,006.15 | $135.82 | $1,870.33 |
| 7 | ONE MAIN FINANCIAL GROUP LLC »» 006 | Unsecured Creditors | $2,614.38 | $176.98 | $2,437.40 |
| 8 | POLICE & FIRE FCU »» 007 | Unsecured Creditors | $942.29 | $54.66 | $887.63 |
| 9 | CAPITAL ONE AUTO FINANCE »» 008 | Secured Creditors | $3,858.61 | $3,858.61 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION »» 009 | Unsecured Creditors | $76,407.91 | $5,172.84 | $71,235.07 |
| 11 | TD AUTO FINANCE LLC »» 010 | Secured Creditors | $30,457.30 | $30,457.30 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $1,478.17 | $100.07 | $1,378.10 |
| 13 | CITADEL CREDIT UNION »» 012 | Unsecured Creditors | $14,546.18 | $984.77 | $13,561.41 |
| 14 | CITADEL CREDIT UNION »» 013 | Unsecured Creditors | $5,102.70 | $345.45 | $4,757.25 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $517.34 | $35.03 | $482.31 |

**Chapter 13 Case No. 20-14862-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | FRONTIER COMMUNICATIONS<br>»» 015 | Unsecured Creditors | $129.52 | $0.00 | $129.52 |
| 17 | AMERICAN INFOSOURCE LP<br>»» 016 | Unsecured Creditors | $560.78 | $32.53 | $528.25 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,589.99 | $175.35 | $2,414.64 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,040.00 | $55.70 | $984.30 |
| 20 | NATIONSTAR MORTGAGE LLC<br>»» 019 | Mortgage Arrears | $5,697.03 | $5,697.03 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,805.00 | $4,805.00 | $0.00 |
| 21 | BERKS EARNED INCOME TAX BUREAU<br>»» 020 | Priority Crediors | $1,500.00 | $1,500.00 | $0.00 |
| 22 | UNITED STATES TREASURY (IRS)<br>»» 021 | Priority Crediors | $4,890.00 | $4,890.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,750.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $59,186.62 | Arrearages: | $3,700.00 |
| Paid to Trustee: | $5,524.99 | Total Plan Base: | $73,450.00 |
| Funds on Hand: | $38.39 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.