Certificate Number: 12433-PAE-DE-040778195

Bankruptcy Case Number: 20-14862



12433-PAE-DE-040778195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2026</u>, at <u>3:54</u> o'clock <u>PM EDT</u>, <u>Sadie Ann Aloma Tamika Goulbourne</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 25, 2026</u>          By:     <u>/s/Loren Bailey Roberts</u>

Name:  <u>Loren Bailey Roberts</u>

Title:   <u>Teacher</u>