Certificate Number: 12433-PAE-DE-040778196

Bankruptcy Case Number: 20-14862



12433-PAE-DE-040778196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 3:54 o'clock PM EDT, Michael P. Goulbourne completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 25, 2026          By:     /s/Loren Bailey Roberts

Name:   Loren Bailey Roberts

Title:   Teacher