United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14862-pmm |
| Sadie-Ann Goulbourne | Chapter 13 |
| Michael Goulbourne | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2026 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                  + Sadie-Ann Goulbourne, Michael Goulbourne, 210 Independence Court, Blandon, PA 19510-9676

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

ANDREW M. LUBIN
                                  on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DAVID M. OFFEN
                                  on behalf of Debtor Sadie-Ann Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                                  on behalf of Joint Debtor Michael Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

MARISA MYERS COHEN
                                  on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
                                  on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
                                  mcohen@mwc-law.com

District/off: 0313-4                              User: admin                                      Page 2 of 2

Date Rcvd: Mar 24, 2026                        Form ID: 234                                  Total Noticed: 1

MARTIN A. MOONEY
      on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MATTHEW K. FISSEL
      on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
      on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sadie−Ann Goulbourne and Michael
Goulbourne

                Debtor(s)

Case No:20−14862−pmm

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

 2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                For The Court

                Mohung Wong
                Clerk of Court

Date: 3/24/26