**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Sadie-Ann Goulbourne** |
| Debtor 2 (Spouse, if filing) | **Michael Goulbourne** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **20-14862-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** NATIONSTAR MORTGAGE LLC DBA MR COOPER

**Court claim no.** (if known): 19-1

**Last 4 digits** of any number you use to identify the debtor's account:   2   3   2   0

**Property Address:**   210 INDEPENDENCE COURT
Number        Street

BLANDON                                        PA        19510
City                                                State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 5,697.03 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 5,697.03 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 5,697.03 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Scott F. Waterman _____        Date    03/31/2026 _____
Signature

Trustee    Scott F. Waterman _____
First Name            Middle Name            Last Name

Address    2901 St. Lawrence Avenue, Suite 100 _____
Number        Street

Reading _____        PA    19606 _____
City                        State    ZIP Code

Contact phone   (610) 779-1313 _____        Email  info@ReadingCh13.com _____

| Debtor 1 | **Sadie-Ann Goulbourne** | | Case Number **20-14862-PMM** | Page 1 |
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 12/17/2021 | 8001125 | Disbursement To Creditor/Principal | 146.21 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 01/21/2022 | 8001200 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 03/18/2022 | 8001367 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 04/22/2022 | 8001458 | Disbursement To Creditor/Principal | 337.39 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 05/17/2022 | 8001553 | Disbursement To Creditor/Principal | 162.45 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 06/27/2022 | 8001649 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 07/22/2022 | 8001752 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 08/19/2022 | 8001856 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 09/23/2022 | 8001958 | Disbursement To Creditor/Principal | 174.94 |
| 19-1 | LOANCARE SERVICING CENT | Pre-Petition Arrears | 10/21/2022 | 8002066 | Disbursement To Creditor/Principal | 199.94 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/16/2022 | 17236167 | Disbursement To Creditor/Principal | 249.92 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/20/2023 | 17237107 | Disbursement To Creditor/Principal | 187.44 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/17/2023 | 17238024 | Disbursement To Creditor/Principal | 124.96 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/17/2023 | 17238891 | Disbursement To Creditor/Principal | 149.95 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/19/2023 | 17240716 | Disbursement To Creditor/Principal | 247.20 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/16/2023 | 17241548 | Disbursement To Creditor/Principal | 123.60 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/21/2023 | 17242389 | Disbursement To Creditor/Principal | 148.32 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/18/2023 | 17243246 | Disbursement To Creditor/Principal | 123.60 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/20/2023 | 17244891 | Disbursement To Creditor/Principal | 244.48 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/15/2023 | 17246479 | Disbursement To Creditor/Principal | 122.24 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/16/2024 | 17248125 | Disbursement To Creditor/Principal | 122.24 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/15/2024 | 17248931 | Disbursement To Creditor/Principal | 122.24 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/19/2024 | 17249772 | Disbursement To Creditor/Principal | 122.24 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/24/2024 | 17250620 | Disbursement To Creditor/Principal | 366.73 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/21/2024 | 17251427 | Disbursement To Creditor/Principal | 68.69 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/19/2024 | 17252204 | Disbursement To Creditor/Principal | 212.73 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/16/2024 | 17252961 | Disbursement To Creditor/Principal | 312.00 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/15/2024 | 17254512 | Disbursement To Creditor/Principal | 492.74 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/15/2024 | 17255242 | Disbursement To Creditor/Principal | 186.41 |
| 19-1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/20/2024 | 17256032 | Disbursement To Creditor/Principal | 198.62 |

Total for Claim Number 19-1: 5,697.03

**Total for Part 3 - b (Prepetition Arrears):** **5,697.03**