United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14862-pmm |
| Sadie-Ann Goulbourne | Chapter 13 |
| Michael Goulbourne | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 31, 2026 | Form ID: 138OBJ | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sadie-Ann Goulbourne, Michael Goulbourne, 210 Independence Court, Blandon, PA 19510-9676 |
| 14624947 | + | Berks County Earned Income Tax Bureau, 1125 Berkshire Blvd., Suite 115, Reading, Pa. 19610-1222 |
| 14572277 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15060962 | + | Lakeview Loan Servicing, LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14574147 | + | LoanCare, LLC as servicer for Lakeview Loan Servic, CO Ann E. Swartz, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia PA 19109-1060 |
| 14572282 | | NYC H+H Hospital Billing Self-Pay, PO Box 21641, New York, NY 10087-1641 |
| 14572285 | + | Pennsylvania Specialty Pathology, PO Box 7106, Lancaster, PA 17604-7106 |
| 14572287 | | RMCB, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 14577567 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 15 Cornell Road, Latham New York 12110-1490 |
| 14577624 | + | TD Auto Finance, LLC, CO Martin A. Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LL, 15 Cornell Road, Latham, NY 12110-1491 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 01 2026 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 01 2026 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14572266 | | Email/Text: collectors@arresourcesinc.com | Apr 01 2026 00:31:00 | AR Resources, Inc., P.O. Box 1056, Blue Bell, PA 19422 |
| 14572264 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 01 2026 00:40:54 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14579316 | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2026 00:40:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14572265 | + | Email/PDF: bncnotices@becket-lee.com | Apr 01 2026 00:40:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14572267 | + | Email/Text: rperez@arcadiarecovery.com | Apr 01 2026 00:31:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14572268 | + | Email/Text: rperez@arcadiarecovery.com | Apr 01 2026 00:31:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |
| 14572269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2026 00:40:42 | Brand Source/citi Cbna, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 14572270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14572272 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

District/off: 0313-4      User: admin      Page 2 of 4

Date Rcvd: Mar 31, 2026      Form ID: 138OBJ      Total Noticed: 54

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 01 2026 00:40:40 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14573608 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 01 2026 00:40:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14577136 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 01 2026 00:40:40 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14574180 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2026 00:40:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14572273 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 01 2026 00:31:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14582294 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 01 2026 00:31:00 | Citadel Federal Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14572275 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 01 2026 00:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14572276 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2026 00:40:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14625376 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2026 00:31:00 | Department of Treasury, Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14582692 | | Email/Text: bankruptcynotification@ftr.com | Apr 01 2026 00:31:00 | Frontier Communications, Bankruptcy Dept, 19 John St, Middletown, NY 10940 |
| 14572278 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 01 2026 00:31:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14572279 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 01 2026 00:31:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 14574678 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2026 00:40:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14731167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2026 00:31:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14722855 | ^ | MEBN | Apr 01 2026 00:24:01 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14572280 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 01 2026 00:31:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14588897 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 01 2026 00:31:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14572281 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 01 2026 00:31:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15041958 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 01 2026 00:31:00 | Nationstar Mortgage LLC, c/o Shawn Miller, 3333 Camino del Rio South, Ste 225, San Diego, CA 92108-3808 |
| 14573998 | | Email/PDF: cbp@omf.com | Apr 01 2026 00:40:47 | ONEMAIN FINANCIAL GROUP, LLC, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14572284 | + | Email/PDF: cbp@omf.com | Apr 01 2026 00:40:54 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14572283 | + | Email/PDF: cbp@omf.com | Apr 01 2026 00:40:40 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14587205 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2026 00:40:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14573026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: 138OBJ | Total Noticed: 54 |

| | | | Apr 01 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 14572286 | + | Email/Text: bankruptcy1@pffcu.org | Apr 01 2026 00:31:00 | Police & Fire FCU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14575972 | + | Email/Text: bankruptcy1@pffcu.org | Apr 01 2026 00:31:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14582371 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2026 00:31:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14684252 | + | Email/Text: jaxbanko@td.com | Apr 01 2026 00:31:00 | TD Auto Finance LLC, Jacob Zweig, Esq., Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis TN 38120-1445 |
| 14572288 | + | Email/Text: jaxbanko@td.com | Apr 01 2026 00:31:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14572289 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 01 2026 00:31:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 14577139 | ^ | MEBN | Apr 01 2026 00:24:09 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14755342 | + | Email/Text: EBN@edfinancial.com | Apr 01 2026 00:31:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14572290 | + | Email/Text: UpStart@ebn.phinsolutions.com | Apr 01 2026 00:31:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14585603 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2026 00:40:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14572271 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14572274 | *+ | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

District/off: 0313-4                          User: admin                                    Page 4 of 4
Date Rcvd: Mar 31, 2026                        Form ID: 138OBJ                              Total Noticed: 54

| Name | Email Address |
| --- | --- |
| ANDREW M. LUBIN | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Michael Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Sadie-Ann Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 138OBJ* (6/24)–doc 94 – 85

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:           )
 Sadie–Ann Goulbourne    )   Case No. 20–14862–pmm
 pka Sadie A Bernard     )
            )
 Michael Goulbourne     )   Chapter: 13
            )
 Debtor(s).        )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 31, 2026           For The Court

                   Mohung Wong
                   Clerk of Court