United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Sadie-Ann Goulbourne

Michael Goulbourne

Debtors

Case No. 20-14862-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sadie-Ann Goulbourne, Michael Goulbourne, 210 Independence Court, Blandon, PA 19510-9676 |
| 14624947 | + | Berks County Earned Income Tax Bureau, 1125 Berkshire Blvd., Suite 115, Reading, Pa. 19610-1222 |
| 14577567 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 15 Cornell Road, Latham New York 12110-1490 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 23 2026 01:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 23 2026 01:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14579316 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 01:52:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14577136 | + | EDI: AISACG.COM | Apr 23 2026 05:46:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14574180 | + | EDI: AIS.COM | Apr 23 2026 05:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14582294 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 23 2026 01:50:00 | Citadel Federal Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14625376 | + | EDI: IRS.COM | Apr 23 2026 05:46:00 | Department of Treasury, Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14582692 | | Email/Text: bankruptcynotification@ftr.com | Apr 23 2026 01:50:00 | Frontier Communications, Bankruptcy Dept, 19 John St, Middletown, NY 10940 |
| 14574678 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 01:52:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14731167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2026 01:50:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14573998 | | EDI: AGFINANCE.COM | Apr 23 2026 05:46:00 | ONEMAIN FINANCIAL GROUP, LLC, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14572283 | + | EDI: AGFINANCE.COM | Apr 23 2026 05:46:00 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14587205 | | EDI: PRA.COM | Apr 23 2026 05:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: 3180W | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14573026 | EDI: PENNDEPTREV | Apr 23 2026 05:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14575972 | + Email/Text: bankruptcy1@pffcu.org | Apr 23 2026 01:50:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14582371 | EDI: Q3G.COM | Apr 23 2026 05:46:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14577139 | ^ MEBN | Apr 23 2026 01:46:58 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14755342 | + Email/Text: EBN@edfinancial.com | Apr 23 2026 01:50:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14585603 | + EDI: AIS.COM | Apr 23 2026 05:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Debtor Sadie-Ann Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Michael Goulbourne ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-4                          User: admin                                  Page 3 of 3

Date Rcvd: Apr 22, 2026                       Form ID: 3180W                               Total Noticed: 22

SCOTT F. WATERMAN [Chapter 13]
         ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
         on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sadie–Ann Goulbourne | Social Security number or ITIN   xxx–xx–5463 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Michael Goulbourne | Social Security number or ITIN   xxx–xx–6541 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   20–14862–pmm

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sadie–Ann Goulbourne
pka Sadie A Bernard

Michael Goulbourne

4/21/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W     **Chapter 13 Discharge**     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2